# United States District Court Violation Notice

**CVB Location Code:** WW13

**Violation Number:** 4113367
**Officer Name (Print):** Johnson
**Officer No.:** J9386

4113367

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/06/2015 / 1900
**Offense Charged:** ☐ CFR ☒ USC ☒ (State Code crossed out)
**Code:** 18 USC 113

**Place of Offense:** 2023 Evergreen Way, JBLM, WA

**HAZMAT:** ☐

**Offense Description: Factual Basis for Charge:** Assault

## DEFENDANT INFORMATION

**Last Name:** Hernandez
**First Name:** Andrea
**M.I.:**

(remainder of defendant information redacted)

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MCA

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature:** mailed

(Rev. 01/2011)   Original - CVB Copy

CVB SCAN MAY 26, 2016 10:34

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **06 DEC**, 20**15** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**

_____
_____
_____
(remainder of lines blank)

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/10/2016**   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN MAY 26, 2016 10:34